# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

```
NORTHWESTERN NATIONAL INSURANCE
CO. OF WISCONSIN,

     Plaintiff,                          3:10-cv-00249-GCM

v.

FMC CORPORATION,                         ORDER SEALING
                                         CONFIDENTIAL
     Defendant.                          MEMORANDUM OF LAW AND
                                         EXHIBITS
```

Upon motion by Defendant FMC Corporation for an order sealing its Memorandum of Law in Support of its Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, and certain documents submitted in connection with its Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, and good cause having been shown by Defendant why the sealing of the documents is appropriate at this time, it is hereby ORDERED, that Defendant's Motion be GRANTED, and

FURTHER ORDERED, that the Memorandum of Law in Support of its Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment and exhibits thereto identified in Plaintiff's Motion as Exhibits 3(b), 5, 6, 7, and 10, are hereby SEALED pending further order of this Court.

The Clerk and the parties shall treat all such documents in accordance with this Order and with the Protective Order entered in this lawsuit.

IT IS SO ORDERED.          Signed: May 26, 2011

_____
Graham C. Mullen
United States District Judge

SEALED DOCUMENT with access to All Parties/Defendants