IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:10-cv-00249

FILED
CHARLOTTE, NC
MAY 31 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

NORTHWESTERN NATIONAL INSURANCE )
COMPANY OF WISCONSIN, )
       Plaintiff, )
  v. )  ORDER SEALING CONFIDENTIAL MEMORANDUM OF LAW AND EXHIBITS
FMC CORPORATION, )
       Defendant. )

Upon motion by Plaintiff Northwestern National Insurance Company of Wisconsin for an order sealing its Memorandum of Law in Support of its Motion for Summary Judgment, or in the alternative, Partial Summary Judgment, and certain Exhibits in connection thereto, and good cause having been shown by Plaintiff why the sealing of the documents is appropriate at this time, it is hereby ORDERED that Plaintiff's Motion is GRANTED; and

FURTHER ORDERED that the Memorandum of Law in Support of its Motion for Summary Judgment, or in the alternative, Partial Summary Judgment, and Exhibit 1, as identified in Plaintiff's Motion, are hereby Sealed pending further order of this Court.

The Clerk and the parties shall treat all such document in accordance with this Order and with the Protective Order entered in this lawsuit.

IT IS SO ORDERED.

This 31st day of May, 2011.

BY THE COURT

*Graham C. Mullen*