IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:10-cv-00249

| | | |
|---|---|---|
| NORTHWESTERN NATIONAL INSURANCE COMPANY OF WISCONSIN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER SEALING CONFIDENTIAL REPLY |
| FMC CORPORATION, | ) ) ) | |
| Defendant. | ) | |

Upon motion by Plaintiff Northwestern National Insurance Company of Wisconsin for an order sealing its Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment, and good cause having been shown by Plaintiff why the sealing of the document is appropriate at this time, it is hereby ORDERED that Plaintiff's Motion is GRANTED; and

FURTHER ORDERED that Northwestern's Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment is hereby Sealed pending further order of this Court.

The Clerk and the parties shall treat all such document in accordance with this Order and with the Protective Order entered in this lawsuit.

Signed: June 23, 2011

Graham C. Mullen
United States District Judge