# IN THE UNITED STATES DISTRICT COURT
## FOR THE Western DISTRICT OF north carolina
## CHARLOTTE DIVISION

| | |
|---|---|
| NORTHWESTERN NATIONAL INSURANCE CO. OF WISCONSIN,<br><br>    Plaintiff,<br><br>v.<br><br>FMC CORPORATION,<br><br>    Defendant. | 3:10-cv-00249-GCM<br><br>**ORDER SEALING CONFIDENTIAL MEMORANDUM OF LAW AND EXHIBIT** |

Upon motion by Defendant FMC Corporation for an order sealing its Reply in Support of its Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Opposition"), and certain documents submitted in connection with its Reply, and good cause having been shown by Defendant why the sealing of the documents is appropriate at this time, it is hereby

ORDERED, that Defendant's Motion be GRANTED, and

FURTHER ORDERED, that the Reply and an exhibit thereto identified in Defendant's Motion as Exhibit 1 are hereby SEALED pending further order of this Court.

The Clerk and the parties shall treat all such documents in accordance with this Order and with the Protective Order entered in this lawsuit.

Signed: June 23, 2011

Graham C. Mullen
United States District Judge