IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-249-GCM

| NORTHWESTERN NATIONAL INSURANCE COMPANY OF WISCONSIN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| FMC CORPORATION, | ) |  |
| Defendant | ) |  |

**THIS MATTER IS BEFORE THE COURT** on its own motion. IT IS HEREBY ORDERED that the trial date in this case is re-scheduled for **March 5, 2012.**

**IT IS SO ORDERED.**

Signed: July 21, 2011

Graham C. Mullen
United States District Judge