IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-249-GCM

| | |
|---|---|
| NORTHWESTERN NATIONAL LIFE INSURANCE COMPANY OF WISCONSIN, <br>     Plaintiff, <br><br> v. <br><br> FMC CORPORATION, <br>     Defendant, | **ORDER** |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference on **January 24, 2012, at 11:00 a.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: January 17, 2012

Graham C. Mullen
United States District Judge