UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-249-GCM

| NORTHWESTERN NATIONAL | ) | |
|---|---|---|
| INSURANCE COMPANY OF | ) | |
| WISCONSIN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| FMC CORPORATION, | ) | |
|     Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion. IT IS HEREBY ORDERED that the trial in this matter is re-scheduled for the **September 10, 2012** trial term.

SO ORDERED.

Signed: February 8, 2012

Graham C. Mullen
United States District Judge