# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Northwestern National Insurance Co. Of Wisconsin,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        3:10cv249

FMC Corporation,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 29, 2012 Order.

                                      Signed: February 29, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court