**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| NORTHWESTERN NATIONAL INSURANCE CO. OF WISCONSIN,<br><br>    Plaintiff,<br><br>v.<br><br>FMC CORPORATION,<br><br>    Defendant. | 3:10-cv-00249-GCM<br><br>**ORDER PERMANENTLY SEALING CERTAIN BRIEFS AND EXHIBITS** |

Upon Joint Motion by Defendant FMC Corporation and Plaintiff Northwestern National Insurance Company of Wisconsin for an order permanently sealing certain Memorandum of Law and exhibits submitted in this matter and previously sealed by the Court, and good cause having been shown why the permanent sealing of these documents is appropriate at this time, it is hereby

ORDERED, that the Joint Motion be GRANTED, and

FURTHER ORDERED, that the certain Memorandum of Law and exhibits thereto that were sealed by the Court during the case, are hereby permanently SEALED pending further order of this Court.

The Clerk and the parties shall treat all such documents in accordance with this Order and with the Protective Order entered in this lawsuit.

Signed: March 13, 2012

Graham C. Mullen
United States District Judge